## UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) | |
| Plaintiffs, | ) | No. 92-675 L<br>Judge Emily C. Hewitt |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order dated July 31, 2002.[1]

### I. ONGOING LITIGATION

1. On January 26, 2006, the Court issued its Opinion, 69 Fed. Cl. 639 (Fed. Cl. 2006), deciding multiple motions and cross motions briefed from August, 2004 through October, 2005,and argued by the parties on October 25, 2005.

2. On January 31, 2006, the Court issued three Orders: 1) allowing Plaintiffs' Unopposed Motion to Lodge in this action the Opinion in *Wolfchild v. United States*, No. 03-2684L, 2005 WL 3446266 (Fed. Cl. Dec. 16, 2005); 2) regarding its January 26, 2006 Opinion, directing the parties to cite to the page numbers in the official reporter once it has been released, and in the interim, to the page numbers of the electronic version of the Opinion; and, 3) granting Defendant's Motion to Supplement the Record with Declaration of Ross O. Swimmer.

---

[1] By the July 31, 2002 Order, the Court lifted the stay in the case and established scheduling deadlines including the filing of "a joint status report on or before September 27, 2002, and every three months thereafter, setting forth in detail the progress of . . . settlement negotiations."

3. On April 10, 2006, the United States filed a "Motion for Reconsideration of a Portion of the Opinion and Order dated January 26, 2006." Specifically, the United States sought reconsideration of the ruling declaring that the Pembina Judgment Fund ("PJF") per capita beneficiaries are an "identifiable group" under the Indian Tucker Act, 28 U.S.C. § 1505, for purposes of litigating claims that the United States mismanaged PJF monies, and designating the Tribal Plaintiffs as the representatives of that group. *Id.* at 670-74.

4. On April 18, 2006, the Court entered an Order granting the United States' "Unopposed Motion for Leave to Revise the Parties' Proposed Briefing Schedule"and denying as moot the parties' "Joint Motion to Modify Schedule as Discussed during February 28, 2006 Conference Call," and "Plaintiffs Unconsented-To Motion for Approval of Notice to Beneficiaries." The Court stated that it will consider the form and method of notice to be provided to the PJF beneficiaries based on new submissions that the parties will be directed to file after the Court rules on the pending Motion for Reconsideration. April 18, 2006 Order, n.1.

5. On May 10, 2006, Plaintiffs filed their Opposition to the United States' Motion for Reconsideration, and on May 25, 2006, the United States filed its Reply to Plaintiff's Opposition.

6. The United States' Motion for Reconsideration is currently before the Court.

**II. STATUS OF NEGOTIATIONS**

1. As previously reported, the parties postponed settlement discussions while the motions decided by the January 26, 2006 Opinion, 69 Fed. Cl. 639 (Fed. Cl. 2006), were pending. Issues remain before the Court under the United States' Motion for Reconsideration, so

settlement discussions remain on hold pending disposition of the issues raised in the pending motion.

2. The parties have continued, however, their efforts to lay the groundwork for resuming settlement discussions after the Motion for Reconsideration is decided.

3. As previously reported, at a February 14, 2006 meeting held in Washington, D.C., counsel agreed to resume negotiations on the "baseline" (non-investment) transactions for the PJF, primarily to take into account the addition of the White Earth Band of Minnesota Chippewa Indians as a named plaintiff under the January 26, 2006 Order.

4. Plaintiffs' expert is preparing for the United States' review a revised Baseline Transactions Report for the PJF 1964 and 1980 Awards for the time period at least up until September 30, 1992. Plaintiffs have requested additional documents to assist them in preparing the Revised Report, and the United States is working with Plaintiffs in an attempt to locate and provide the requested documents.

5. Plaintiffs' expert also is preparing for the United States' review a revised "Partial Preliminary Report of Estimated Damages" that will estimate Plaintiffs' damages in this action based on its accounting and investment claims for the time periods up to the points just prior to the major distributions of the 1964 and 1980 Awards in October 1984 and May 1988.

DATED: June 30, 2006

Respectfully submitted,

/s/ Melody L. McCoy
MELODY L. McCOY
Attorney of Record for Plaintiffs
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax (303) 443-7776

/s/ Carol L. Catherman
CAROL L. CATHERMAN
Attorney of Record for Defendant
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0465
Fax: (202) 305-2021

Of Counsel for the United States

Elisabeth Brandon
Department of the Interior
Office of the Solicitor