# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: October 24, 2006)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Joint Status Report (JSR) filed on September 29, 2006. The parties refer to the court's April 18, 2006 order stating that, the court will "consider the form and method of notice to be provided to the PJF beneficiaries based on new submissions that the parties would be directed to file after the Court ruled on the pending Motion for Reconsideration." JSR of September 29, 2006, Part I, ¶ 4. Given the court's denial of defendant's motion for reconsideration and the court's Opinion of January 26, 2006, the court considers the issue of form and method of notice to PJF beneficiaries moot.

The court is concerned that activities intended to eliminate obstacles to settlement have consumed fourteen years. The issue of the identity of the plaintiffs has been resolved. The parties shall contact the court to set a status conference to be held no later than December 1, 2006 to establish a trial schedule and identify issues for trial. On or before November 29, 2006, the parties will FILE a joint report that identifies the "remaining gaps in information and documentation" and the "list of agreed-upon tasks" referred to in the JSR of September 29, 2006, Part II, ¶ 6.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge