# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: November 27, 2006)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court will hold a telephonic status conference on Tuesday, December 5, 2006 at 4:00 p.m. EST. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge