# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: December 8, 2006)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court held a telephonic status conference with the parties on December 5, 2006 to discuss the status of the case. Further to this discussion, the court will hold another telephonic status conference on Monday, December 18, 2006 at 2:00 p.m. EST to discuss scheduling. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge