# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: December 19, 2006)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On December 5, 2006, the parties filed their Revised Joint Status Report (RJSR) and the court held a telephonic status conference with the parties. On December 15, 2006, the parties filed its Supplemental Joint Status Report (SJSR) and Defendant's Unopposed Request for Leave to Submit Additional Relevant Information (Request). The court held another telephonic status conference on December 18, 2006. Further to the parties' SJSR and the December 18, 2006 status conference, the court orders the following:

1. With respect to the 1964 Award:

   a. Plaintiffs and their consultant will prepare and submit to defendant a revised report with plaintiffs' estimated claimed damages relating to the 1964 Award on or before Wednesday, January 31, 2007. The revised report will be based on the agreed-upon baseline transactions and an economic model using identified investment indices and portfolios that plaintiffs and their expert believe are appropriate to plaintiffs' issues and claims.

b. To address the information and documentation gap for the 1964 Award concerning a transaction in the amount of $1,580.00 on August 11, 1993, defendant will investigate and submit relevant documentation to the plaintiff on or before Wednesday, January 24, 2007.

c. Defendant will review and provide its response to plaintiff's revised claimed damages estimate report on or before Wednesday, May 30, 2007.

2. With respect to the 1980 Award:

a. Defendant will provide to plaintiffs on or before Tuesday, December 28, 2006 the White Earth Chippewa Tribe's (i) monthly and annual account statements, in electronic format, covering the period October 1, 1992 through December 31, 1995, and (ii) source documents, in electronic format, covering baseline transactions for the 1980 Award covering the period from the first relevant transaction through September 30, 1992.

b. The parties will use their best efforts to reach agreement on or before February 13, 2007 about the propriety of the two outstanding pre-May 1988 baseline transactions identified as "Payment of Expert Witness Loans" in the amounts of $90,364.13 and $44,813.32 (the Expert Loans). Plaintiffs will prepare and submit to defendant on or before Friday, March 16, 2007, a revised report (or, if the Expert Loans have not been resolved, two such reports, one including and one excluding the Expert Loans) with plaintiff's estimated claimed damages relating to the 1980 Award. The revised report(s) will be based on the 1980-May 1988 period; the baseline transactions; and an economic model using identified investment indices and portfolios that plaintiffs and their expert believe are appropriate to plaintiffs' issue and claims.

c. Defendant will review and provide its response to plaintiffs' revised claimed damages estimate report on or before Friday, June 29, 2007.

d. With respect to the 488 potential baseline transactions identified by plaintiffs for the October 1, 1992 through December 31, 1995 period, plaintiffs will sort and scope these transactions using the information already available as follows: they will (i) separate potential intra-bureau transfers from potential receipts and disbursements; (ii) separate potential per capita related transactions from potential Tribal programming transactions; and (iii) sort transactions by dollar amount. Based on their

sorting and scoping, plaintiffs will prepare and submit to defendant on or before Wednesday, January 31, 2007 a revised written request for source documents for potential baseline transactions for the time period October 1, 1992 through December 31, 1995.

3. Plaintiff and defendant will prepare and file an agreed form of amended complaint that correctly identifies individual named plaintiffs and their group or tribal affiliations relative to the Pembina Judgment Fund on or before Wednesday, February 21, 2007.

4. In its December 15, 2006 Request, defendant requests leave to submit to plaintiff on or before, Friday, January 19, 2007 certain additional information regarding defendant's projected dates for production of additional source documents. Based on the representations in defendant's Request, the request is GRANTED. Defendant will submit its response to plaintiff on or before Friday, January 19, 2007. Defendant's response will address matters described in paragraphs 2(d), 2(e), and 2(g) of the RJSR.

5. The court will hold a telephonic status conference on Tuesday, February 6, 2007 at 2:00 p.m. EST. Further to plaintiff's January 31, 2007 revised written request described in paragraph 2(d) above, the parties will discuss defendant's proposed date(s) for submitting additional responses. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge