# In the United States Court of Federal Claims

No. 92-675 L
(E-Filed: February 7, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Leave to File Status Report (Motion) and attached Joint Status Report (JSR) filed on February 2, 2007. Based on the representations contained therein, the motion is GRANTED. The court deems the JSR attached to the Motion filed and parties need not refile the JSR.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge