# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: February 7, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference (TSC) with the parties held on February 6, 2007, the court orders the following:[1]

1. With respect to the 1980 Award:

   a. With respect to the account statement data validation materials for the White Earth Pembina Judgment Fund (PJF) accounts contained on the CD-ROM provided to plaintiff by defendant, plaintiff shall prepare and submit a report on this information to defendant on or before Friday, April 13, 2007. Specifically, plaintiff shall address the relevant issues raised in paragraphs 2(A) and 2(B) in the February 2, 2007 JSR.

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

b. Defendant shall, on or before Friday, April 13, 2007, provide plaintiff with certain documents that are described in paragraph 2(A) of the JSR: (i) the relevant Per Capita Group documents; and (ii) the relevant non-privileged documents related to the 1980 Award per capita payments Final Distribution. Additionally, defendant shall continue its search efforts to locate all information related to the Program Fund Transactions (the thirty-nine transactions described in paragraph 2(B) of the JSR) and provide relevant information to plaintiff on or before Friday, April 13, 2007.

2. Plaintiff and defendant shall prepare and file an agreed form of amended complaint that correctly identifies individual named plaintiffs and their group or tribal affiliations relative to the Pembina Judgment Fund on or before Friday, April 13, 2007. The deadline SUPERSEDES the deadline of February 21, 2007 contained in the court's Order of December 19, 2006.

3. The court will hold a telephonic status conference on Friday, February 16, 2007 at 3:00 p.m. EST that will include further discussion of the 374 potential baseline transactions for the period of October 1, 1992 through December 31, 1995. A Sprint operator will initiate the call.

4. The court will hold a telephonic status conference on Friday, March 16, 2007 at 2:00 p.m. EDT which will include a report of defendant's search for the transactional documents described in paragraph 1(b) of this Order. A Sprint operator will initiate the call.

5. The could will hold a telephonic status conference on Friday, April 13, 2007 at 2:00 p.m. EDT. A Sprint operator will initiate the call.

6. The parties are no longer required to submit quarterly status reports pursuant to the July 31, 2002 order.

7. Except as amended hereby, the Order of December 19, 2006 shall continue in full force and effect.

8. The parties are invited to submit to the court a revised protective order at any time if they conclude that a revised protective order will facilitate discovery in this action.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge