# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: February 16, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference (TSC) with the parties held on February 16, 2007, the court orders the following, which supplements the court's previous orders of December 19, 2006 and February 7, 2007:[1]

1. Plaintiffs shall transmit to defendant on February 16, 2007, in "native" format, exhibits 1 and 7 concerning the 1964 Award and exhibits 1, 2, and 3 concerning the 1980 Award.

2. With respect to exhibits 2-6 and 8-10 concerning the 1964 Award, the parties shall file a report, on or before Friday, March 2, 2007, detailing the manner in which plaintiffs shall provide exhibits 2-6 and 8-10 to defendant or suggesting a mechanism to resolve this issue. This report shall also include a time frame in

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

which defendant shall provide plaintiffs with documents from January 1, 1996 to December 31, 2006 concerning the 1980 Award.

3. Plaintiffs shall advise defendant, on or before March 8, 2007, whether plaintiffs' shall or shall not seek additional source documents related to the period of May 1988 to September 1992 concerning the 1980 Award.

4. In addition to the matters outlined in the court's Order of February 7, 2007 concerning the TSC scheduled on Friday, March 16, 2007, defendant shall also be prepared to discuss its progress in identifying investment transactions now included in the 374 potential baseline transactions concerning the 1980 Award.

5. Plaintiffs shall provide to defendant, on or before Friday, March 16, 2007, a revised economic model for the 1980-1988 time period with respect to the 1980 Award which reflects plaintiffs' recognition of the validity of the two so-called "Expert Loans."

6. Plaintiffs shall provide to defendant, on or before Friday, March 30, 2007, plaintiffs' revised request for documents concerning the White Earth transactions for the period of October 1, 1992 to December 31, 1995.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge