# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: March 16, 2007)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Further to the telephonic status conference (TSC) with the parties held on March 16, 2007, the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, and February 16, 2007:[1]

1. Plaintiffs shall provide to defendant, on or before Friday, March 30, 2007, instead of March 16, 2007, a revised report concerning the economic model for the 1980-1988 time period with respect to the 1980 Award and which reflects plaintiffs' recognition of the validity of the two so-called "Expert Loans."

2. Defendant will review and provide its response to plaintiffs' revised claimed damages estimate report on or before Friday, July 13, 2007.

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

3. Defendant shall, on or before Thursday, May 31, 2007, instead of April 13, 2007, provide plaintiff with the relevant non-privileged documents related to the 1980 Award per capita payments Final Distribution. Defendant will still submit to plaintiff on or before April 13, 2007, the 12 Per Capita Group documents for June 1988 to September 1992.

4. The parties shall file a joint status report (JSR) on or before Monday, April 16, 2007 that addresses the following:

   a. Any unresolved matters concerning the declarations (explanation of the goals reports) defendant will provide or has provided regarding 10 of the 12 Per Capita Group transactions.

   b. An update of the parties' efforts to locate relevant documentation of the 39 tribal programing transactions, specifically addressing the possibility of plaintiffs' coordinating some part of this effort with tribal officials.

5. The court will hold a telephonic status conference on Monday, April 30, 2007 at 2:00 p.m. EDT that will include further discussion of the 374 potential baseline transactions for the period of October 1, 1992 through December 31, 1995 and progress on matters addressed in the April 16, 2007 JSR. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge