# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: April 16, 2007)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiffs' Unopposed Motion for Leave to File Third Amended Complaint (Motion) and attached Third Amended Complaint, filed on April 13, 2007. Based on the representations contained therein, plaintiff's Motion is GRANTED. The court deems the Third Amended Complaint filed as of the date of this order.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge