IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 92-675 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | May 14, 2007 |
| Defendant. | ) | |

**STATUS REPORT SUBMITTED BY DEFENDANT**

Defendant United States submits this Status Report pursuant to paragraph four of the Court's Order of May 1, 2007. Defendant reports as follows:

1. As reported previously, on April 9, 2007, Plaintiffs informed Defendant for the first time that 7 of the 12 Per Capita Group baseline transactions at issue for the 1988-1992 time frame (Phase II) for the 1980 Award are not on the GOALS reports previously provided by Defendant to Plaintiff. Defendant agreed to search for additional GOALS reports or other suitable substitute Advice or Evidence for these 7 transactions.

2. In response to Plaintiffs' April 9, 2007 request for the additional documentation on 7 of the Per Capita baseline transactions, the Office of Historical Trust Accounting accessed and queried databases maintained by the Department of the Interior containing financial data for the 1988-92 time frame. The search inquiries have generated some information that appears to be responsive to Plaintiffs' documentation request in that it includes references to: account numbers, payee names, posted transaction dates, reference numbers, and in some instances, check numbers.

3. Defendant is presently reviewing the information yielded by its search efforts and proposes producing information responsive to Plaintiffs' request on or before June 15, 2007.

Respectfully submitted on this 14th day of May, 2007.

/s/ Carol L. Draper
CAROL L. DRAPER
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Of Counsel:

Elisabeth C. Brandon
Department of the Interior
Office of the Solicitor