IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | |
| Plaintiffs, | |
| v. | No. 92-675 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | June 18, 2007 |
| Defendant. | |

**JOINT MOTION FOR ENLARGEMENT OF TIME IN THE AMOUNT OF SIX DAYS WITHIN WHICH TO FILE NEXT JOINT STATUS REPORT**

Pursuant to Rs.C.F.C. 6.1 and 7(b), the parties respectfully move the Court for an Order enlarging the time for filing the next Joint Status Report, currently due on June 20, 2007 pursuant to the Court's Order dated May 1, 2007, in the amount of six (6) days, to and including June 26, 2007. In support of their motion, the parties submit the following:

1. Although Counsel for the parties met in person in Washington, DC on May 7 and 8, 2007 regarding this case, since that time, Counsel for both sides have been unusually unavailable to confer and draft the Joint Status Report.

2. Plaintiffs' counsel was out of the office for an extended period, from May 15 to June 11, 2007, due to a family medical matter requiring her presence in another state and was not available during this time to attend to work matters of a non-emergency nature.

3. Defendant's counsel was out of the office on business travel from June 4 to June 7, 2007 and again from June 11 to June 15, 2007. During her June 11 to June 15 travel, Defendant's counsel was in areas with limited internet and cellular telephone access, further

limiting her ability to confer and work with Plaintiffs' counsel on the Joint Status Report.

4. Defendant's counsel is out of the office on personal travel from June 16 to June 25, 2007 and anticipates having only limited ability to confer with Plaintiffs' counsel and very limited ability to exchange with Plaintiffs' counsel and agency counsel drafts of a proposed joint filing by electronic mail or otherwise.

5. As a result of both counsels' uncommon obligations and unavailability, the parties have had essentially no opportunity to confer and jointly draft the upcoming Joint Status Report.

6. The parties therefore seek to extend the filing date of the next Joint Status Report by six (6) days from June 20, 2007 to and including June 26, 2007 to give them a reasonable opportunity to confer and jointly draft the status report.

7. There have been no previous enlargements of time for filing this Joint Status Report.

8. Deferring the filing of this Joint Status Report to June 26, 2007 will not interfere with other aspects or delay the progress of the case.

9. The next Status Conference in this case is scheduled for June 27, 2007 and the parties are prepared to proceed with this Status Conference as scheduled.

Respectfully submitted on this 18th day of June, 2007.

/s/ Melody L. McCoy
MELODY L. MCCOY
Attorney of Record for Plaintiffs
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax (303) 443-7776

/s/ Carol L. Draper
CAROL L. DRAPER
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Of Counsel:

Elisabeth C. Brandon
Department of the Interior
Office of the Solicitor