# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: June 18, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Enlargement of Time in the Amount of Six Days Within Which to File Next Joint Status Report (Motion). Based on the representations contained therein, the parties' Motion is GRANTED. The parties shall file their joint status report on or before Tuesday, June 26, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge