# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: June 28, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Previously, in its Order of May 1, 2007, the court granted what it had understood to be the parties' April 30, 2007 oral request and lifted the January 29, 1997 Protective Order. Further to the parties' Joint Status Report and Joint Request for Modification of May 1, 2007 Order Regarding the Protective Order of January 29, 1997 As Supplemented filed on June 26, 2007 (JSR), the court orders that the January 29, 1997 Protective Order, as amended by the Order of October 7, 2004, SHALL BE REINSTATED and all provisions of the order shall be in full force and effect, except for the following changes:

1. All parties named or joined after entry of the original Protective Order shall be bound by the Protective Order.

2. The parties are no longer required to file documents under seal in this case.

3. Documents or information disclosed by the parties that contains protective material as defined in the protective order shall be designated with the following legend:

PROTECTED MATERIAL: This document [or information] contains material which is subject to Protective Order.

Based on the representations contained in the parties' Joint Motion for Protective Order Regarding Confidentiality of Settlement Communications and Settlement Materials (Motion) filed on June 27, 2007, the court GRANTS the parties' Motion. The attached Protective Order Regarding Confidentiality of Settlement Communications and Settlement Materials shall be FILED. The parties shall comply with the provisions set forth therein.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge