# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: June 29, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference (TSC) with the parties held on June 27, 2007 and the parties' Joint Status Report filed on June 26, 2007 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, and February 16, 2007, March 16, 2007, and May 1, 2007:[1]

1. With respect to the 1964 Award:

   a. No additional deadlines are established at this time with respect to the 1964 Award.

2. With respect to the 1980 Award Phase I:

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

a. No additional deadlines are established at this time with respect to the 1980 Award Phase I.

3. With respect to the 1980 Award Phase II:

a. On or before Monday, July 2, 2007, plaintiffs shall submit to defendant their proposed written summary of date and amount changes with respect to the six transactions for the 1980 Award Phase II described in paragraph III.C.1 of the parties' JSR.

b. Defendant shall respond to plaintiffs' proposal and use all reasonable efforts to locate documents related to the seventh transaction referred to in paragraph III.C.1. of the JSR on or before Monday, July 16, 2007.

c. On or before Friday, July 6, 2007, the parties shall further discuss and resolve whether there are any outstanding matters regarding timing issues for the twelve per capita group baseline transactions for the 1980 Award Phase II time period.

d. On or before Thursday, July 26, 2007, defendant shall provide to plaintiffs the source documents for five of the six potential baseline transactions for the White Earth Band of Chippewa Indians. Defendant shall provide documentation for the remaining transaction and any other documentation on these transactions on or before Friday, August 31, 2007.

4. With respect to the 1980 Award Phase III:

a. On or before Friday, July 6, 2007, defendant shall submit to plaintiffs its spreadsheet indicating whether source documents have been found relating to the Phase III baseline transactions.

i. On or before Thursday, July 19, 2007,[2] plaintiffs shall review the review the spreadsheet and submit to defendant a request for

---

[2]The parties indicated their intention to engage in a joint meeting on July 19 and 20, 2007. The court expects that the parties will address matters in the order with a July 19, 2007 deadline at that meeting. If the meeting does not occur on July 19 and 20, 2007, the parties shall otherwise exchange information or address matters scheduled in this order with a July 19, 2007 deadline.

outstanding source documents. Plaintiffs shall make reasonable efforts to eliminate from its request documents previously produced.

ii. The parties shall make all reasonable efforts to conclude their discussion and reach an agreement regarding the scoping options for the 1980 Award Phase III prior to Thursday, July 19, 2007, so that plaintiffs may incorporate the outcome of the scoping discussion in its July 19, 2007 document request to defendant.

iii. Defendant shall respond to plaintiffs' request for source documents on or before Friday, August 31, 2007.

b. On or before Friday, July 6, 2007, defendant shall submit to plaintiffs an updated list of potential baseline transactions under consideration for scoping purposes.

c. On or before Friday, July 6, 2007, plaintiffs shall submit to defendant an initial list of potential baseline transactions related to monies held for PJF Non-Member Lineal Descendant per capita beneficiaries.

d. Defendant shall provide plaintiffs with a response to plaintiffs' initial list regarding PJF Non-Member Lineal Descendant per capita beneficiaries on or before Thursday, July 19, 2007.

5. With respect to the 1980 Award Phase IV:

a. Before Thursday, July 19, 2007, the parties shall meet with their experts to resolve whether there are any potential baseline transactions regarding the Non-Member Lineal Descendants for the 1980 Award Phase IV time period of January 1, 1996 - December 31, 2005.

6. On or before Tuesday, July 31, 2007, the parties shall file a JSR that advises the court of the outcome of the joint meeting between the parties and any other outstanding issues, including resolution of whether there are potential baseline transactions involving the Non-Member Lineal Descendants for the 1980 Award Phase IV time period. The JSR will be organized to address topics sequentially by Award and by Phase with respect to each award.

7. The court will hold a TSC on Wednesday, August 1, 2007 at 2:00 p.m. EDT that will include further discussion of the matters addressed in this order and the JSR to

be filed on July 31, 2007. Further to the TSC of June 27, 2007, there will be further discussion of the issues addressed in paragraph III.C.3 of the parties' JSR of June 26, 2007, regarding whether there are any potential baseline transactions for the 1980 Award Phase II time period involving the Non-Member Lineal Descendant beneficiaries. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge