# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: September 17, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference (TSC) with the parties held on September 17, 2007 and the parties' Joint Status Report filed on September 14, 2007 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, and August 2, 2007:[1]

1. Future TSCs and JSRs

   a. A TSC shall be held on Thursday, September 20, 2007 at 4:00 p.m. EDT to discuss the items outlined in paragraph 2 of this Order.

   b. On or before Friday, October 19, 2007, the parties shall file a JSR. A TSC shall be held on Monday, October 22, 2007 at 2:00 p.m. EDT.

2. With respect to the 1980 Award Phase II:

[1] This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

a. Regarding documentation for the White Earth potential baseline transactions, defendant shall transmit, via fascimile, to plaintiffs a sample sheet of the monthly journal of transactions on Monday, September 17, 2007.

b. Plaintiffs will review the monthly journal of transactions sample sheet and during the September 20, 2007 TSC indicate whether monthly journal of transactions documents will provide the necessary information for the four remaining White Earth transactions for which defendant has not provided documentation.

c. During the September 20, 2007 TSC, defendant will inform the court when it will respond to plaintiffs' request for advice or evidence documentation for the nine non-member lineal descendants' potential baseline transactions.

d. During the September 20, 2007 TSC, defendant will inform the court of a timeline of the steps defendant will take to resolve the timing issue of the twelve potential Turtle Mountain baseline transactions.

3. With respect to the 1980 Award Phase III:

a. On or before Monday, October 1, 2007, defendant will respond to plaintiffs' revised scoping proposal regarding selection of 113 of the 501 potential baseline transactions.

4. With respect to the 1980 Award Phase IV:

a. No additional deadlines are established at this time with respect to the 1980 Award Phase IV.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge