# In the United States Court of Federal Claims

No. 92-675L
(Filed October 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the parties' agreement, an ADR Conference will be held on November 8, 2007, at 9:00 am in Courtroom 9 at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE