# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: October 21, 2007)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference (TSC) with the parties held on October 22, 2007 and the parties' Joint Status Report filed on October 19, 2007 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007:[1]

1. Future TSCs and JSRs

   a. On or before Wednesday, November 14, 2007, the parties shall file a JSR.

   b. A TSC shall be held on Friday, November 16, 2007 at 2:00 p.m. EST. An order outlining the topics of discussion for this TSC will be forthcoming.

2. With respect to the 1980 Award Phase II (May 27, 1988 - September 30, 1992):

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

a. In anticipation of the parties' October 25, 2007 meeting, defendant shall provide to plaintiff, no later than the close of business October 23, 2007, the GOALS reports for the two White Earth potential baseline transactions in defendant's files (not to include the report numbered VS03V5051 in the amount of $231,090.44).

b. Before the close of business October 23, 2007, defendant shall also provide to plaintiff a memorandum of advice that explains the basis for defendant's conclusion that eight of the nine non-member lineal descendant's potential baseline transactions should be coded as "BB" transactions.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge