# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: October 23, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference (TSC) with the parties held on October 22, 2007 and the parties' Joint Status Report filed on October 19, 2007 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007, and October 22, 2007.[1]

The parties shall submit a JSR on Wednesday, November 14, 2007. A TSC shall be held on Friday, November 16, 2007 at 2:00 p.m. EST. The following items shall be addressed in the parties' JSR and will be discussed during the TSC.

1. With respect to the 1980 Award Phase II (May 27, 1988 - September 30, 1992):

   a. Regarding documentation for the White Earth potential baseline transactions, the outcome of the October 25, 2007 meeting and discussion of the documentation and timing issues for these transactions. The parties

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

shall also inform the court of any solution reached with respect to the outstanding "VS" transactions.

b. Plaintiffs' response, on October 26, 2007, to the additional documentation and proposed "comprise solution for the 'VS' transactions" provided by defendant regarding the non-member lineal descendant's baseline transactions as referenced in paragraph D.2 of the parties' October 19, 2007 JSR.

c. Regarding the twelve potential per capita baseline transactions (eleven for Turtle Mountain and one for Little Shell), plaintiffs' response to defendant's proposal regarding the "timing" issue for these transactions. Defendant's report to plaintiffs of the results of its work using an alternative testing method on these transactions on October 30, 2007.

2. With respect to the 1980 Award Phase III (October 1, 1992 - December 31, 1995):

a. Plaintiffs' response to defendant's counter-proposal for the Phase III scoping work, to be made on or before October 26, 2007.

b. Defendant's report to plaintiffs of the results of its work using an alternative testing method on these transaction, to be provided on October 30, 2007.

3. With respect to the 1980 Award Phase IV (January 1, 1996 - present):

a. The parties' proposal as to when and how they will begin to compile advice and evidence regarding transactions for this phase.

On November 2, 2007, defendant shall begin providing plaintiffs with imaged and coded documents from its inspection at the American Indian Records Repository.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge