# In the United States Court of Federal Claims

No. 92-675L
(Filed November 8, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the parties' agreement expressed at the November 8, 2007 ADR conference, a telephonic status conference will be held on November 30, 2007, at 11 am EST. The call will be placed using a call-in number provided by defendant's counsel.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE