# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: November 9, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER REGARDING ADR

Further to the order of the court dated August 2, 2007, the parties are and have been engaged, with respect to the 1964 Award and the 1980 Award Phase I, in ADR proceedings with ADR Judge Eric G. Bruggink.

The Clerk of the Court shall add a case flag noting that a portion of claims are in ADR with ADR Judge Bruggink.

Further court proceedings with respect to the 1964 Award and the 1980 Award Phase I shall not be had unless and until the parties, or either of them, advise(s) the court that the ADR proceedings do not appear to be of assistance in resolving those aspects of this case. The parties shall, on or before January 4, 2008, advise the court by motion that further ADR proceedings are or are not requested.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge