# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: November 19, 2007)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference (TSC) with the parties held on November 16, 2007 and the parties' Joint Status Report filed on November 14, 2007 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007, October 22, 2007, and October 23, 2007.[1]

The parties shall submit a JSR on Tuesday, February 19, 2008. A TSC shall be held on Wednesday, February 20, 2008 at 2:00 p.m. EST. The parties' progress and proposals for next steps with respect to the 1980 Award Phase IV shall be addressed in the parties' JSR and will be discussed during the TSC.

1. With respect to the 1980 Award Phase II (May 27, 1988 - September 30, 1992):

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

The parties requested that alternative dispute resolution (ADR) Judge Bruggink accept the outstanding issues in Phase II as part of ongoing ADR proceedings. The court endorses the request and has advised ADR Judge Bruggink by email of the request.

2. With respect to the 1980 Award Phase III (October 1, 1992 - December 31, 1995):

On or before December 7, 2007, defendant shall promulgate requests for document discovery under Rule 34 of the Rules of the Court of Federal Claims (RCFC). See RCFC 34. The document discovery responses will be due on or before March 7, 2008 and shall, to the extent reasonably practicable, be responded to by defendant in reasonably segregable partial responses at the earliest opportunity.

3. With respect to the 1980 Award Phase IV (January 1, 1996 - present):

a. Plaintiffs shall submit to defendant their list of potential baseline transactions on or before Wednesday, November 21, 2007.

b. Defendant shall respond to plaintiffs' list with any additions or corrections on or before Wednesday, December 12, 2007.

c. Plaintiffs shall reply to defendant's response to plaintiffs' list on or before Friday, January 4, 2008.

d. Plaintiffs shall submit to defendant their proposal for the Phase IV scoping on or before Friday, January 18, 2008.

e. Defendant shall respond to plaintiffs' proposal on or before Friday, February 8, 2008.

f. Plaintiffs shall reply to defendant's response to plaintiffs' proposal on or before Friday, February 15, 2008.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge