# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: November 19, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

With the agreement of alternative dispute resolution (ADR) Judge Eric G. Bruggink, issues relating to the 1980 Award Phase II (May 27, 1988 - September 30, 1992) will be addressed as part of the ongoing ADR process covering the 1964 Award and the 1980 Award Phase I.

Issues relating to the 1980 Award Phases III and IV will continue to be addressed in discovery proceedings before the court.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge