# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: November 28, 2007)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the informal telephonic status conference (TSC) with the parties on November 28, 2007, the court AMENDS paragraph 2 of its November 19, 2007 order. Paragraph 2 shall be REVISED to read:

2. With respect to the 1980 Award Phase III (October 1, 1992 - December 31, 1995):

On or before December 7, 2007, the parties shall exchange requests for document discovery under Rule 34 of the Rules of the Court of Federal Claims (RCFC). See RCFC 34. The document discovery responses will be due on or before March 7, 2008 and shall, to the extent reasonable practicable, be responded to by defendant in reasonably segregable partial responses at the earliest opportunity.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge