IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 92-675 L<br>Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | January 4, 2008 |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE ALTERNATIVE DISPUTE RESOLUTION PROCEEDINGS BEFORE JUDGE BRUGGINK**

Pursuant to the Court's Order dated November 9, 2007 (Doc. # 310) requiring the parties to advise the Court by motion on or before January 4, 2008 that further Alternative Dispute Resolution ("ADR") proceedings are or are not requested, the parties hereby jointly move to continue ADR proceedings before Settlement Judge Eric G. Bruggink as follows.

## I. BACKGROUND

The Plaintiff Group, consisting of the beneficiaries of the 1964 and 1980 Pembina Judgment Fund ("PJF") Awards and their heirs, descendants, and successors-in-interest, and the Defendant, the United States of America, continue to be engaged in settlement negotiations with the objective of resolving Plaintiffs' PJF trust management claims.

## II. PRIOR ORDERS

Following a discussion of the desirability of further ADR proceedings during the November 16, 2007 telephonic status conference, the Court entered an Order on November 19, 2007 expanding the scope of ADR proceedings assigned to Judge Bruggink (Doc. # 313). The November 19, 2007

Order (Doc. # 313) provided that: "With the agreement of . . . Judge Eric G. Bruggink, issues relating to the 1980 Award Phase II (May 27, 1988 - September 30, 1992) will be addressed as part of the ongoing ADR process covering the 1964 Award and the 1980 Award Phase I." The November 19, 2007 Order further provided that "Issues relating to the 1980 Award Phases III and IV will continue to be addressed in discovery proceedings before the Court." (Doc. #313 ).

## III. STATUS OF ADR PROCEEDINGS

Pursuant to the November 19, 2007 Order referring issues relating to the 1980 Award Phase II to ADR proceedings, the parties have been in communication with Judge Bruggink's chambers and are presently scheduled to attend an ADR session on the 1980 Award Phase II issues before Judge Bruggink on February 12, 2008. The next ADR session on the 1964 Award and 1980 Award Phase I issues is tentatively scheduled for the week of March 10, 2008.

## IV. REQUEST TO CONTINUE ADR PROCEEDINGS BEFORE JUDGE BRUGGINK

The parties agree that, with Judge Bruggink's assistance, they have made significant progress in addressing issues relating to the 1964 Award and 1980 Award Phase I, and they anticipate making similar strides on the 1980 Award Phase II issues referred to ADR by the November 19, 2007 Order. The parties therefore jointly move to continue ADR proceedings on the 1964 Award and the1980 Award, Phases I and II. The parties also agree that referral of additional claims for ADR proceedings before Judge Bruggink is desirable at the appropriate juncture.[1]

[1] The United States continues to urge the referral of all remaining unresolved claims to Judge Bruggink at this time. Plaintiffs maintain that such referral is premature at this time and would qualify the request for referral of additional claims to ADR proceedings with the Court's caveat in making the original referral, unless and until "the ADR proceedings do not appear to be of assistance in resolving . . . this case." Order ¶ 2(c) (Aug. 2, 2007) (Doc. # 298)

Respectfully submitted on this 4th day of January, 2008,

/s/ Melody L. McCoy
MELODY L. MCCOY
Attorney of Record for Plaintiffs
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel: (303) 447-8760
Fax (303) 443-7776

/s/ Carol L. Draper
CAROL L. DRAPER
Attorney of Record for Defendant
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Of Counsel:

Elisabeth C. Brandon
Department of the Interior
Office of the Solicitor

Teresa E. Dawson
Department of the Treasury
Office of Chief Counsel
Financial Management Service