# In the United States Court of Federal Claims

No. 92-675L
(Filed January 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the parties' agreement, an ADR conference to discuss the 1980 Award Phase II will be held on February 12, 2008, beginning at 9:00 a.m. The conference will be held at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE