# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: January 18, 2008)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Motion to Continue Alternative Dispute Resolution [(ADR)] Proceedings Before Judge Bruggink (Joint Motion). Based on the representations contained in the Joint Motion, the Joint Motion is allowed and the referral to ADR shall continue until further order of the court. On or before March 17, 2008, the parties shall report on the status of ADR proceedings and, in particular, whether the parties request the continuation of the referral to ADR on outstanding issues relating to the 1964 Award and the 1980 Award Phases I and II.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge