# In the United States Court of Federal Claims

No. 92-675L
(Filed February 12, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

An ADR conference was held on February 12, 2008. Pursuant to the agreement expressed at that conference, the following is scheduled:

1. A telephonic status conference will be held on March 10, 2008, at 11:00 am EST.

2. An ADR conference to discuss issues relating to the investment model will be held at the Howard T. Markey National Courts Building, on April 8, 2008, at 9:00 am. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE