# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: February 20, 2008)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference (TSC) with the parties held on February 20, 2008 and the parties' Joint Status Report filed on February 19, 2008 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007, October 22, 2007, October 23, 2007, and November 19, 2007.[1]

The parties shall submit a JSR on Wednesday, April 2, 2008. A TSC shall be held on Thursday, April 3, 2008 at 2:00 p.m. EDT. The parties' progress with respect to the 1980 Award Phase IV shall be addressed in the parties' JSR and will be discussed during the TSC.

1. With respect to the 1964 Award, the 1980 Award Phase I (March 1980 - May 26, 1988), and the 1980 Award Phase II (May 27, 1988 - September 30, 1992):

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

The court ordered, in its January 18, 2008 Order, that the parties submit a JSR regarding the progress of the above claims in the ADR process before Judge Bruggink. The parties addressed the ADR process in their February 19, 2008 JSR and need not file an additional JSR on March 17, 2008. Instead, the parties shall file a JSR on or before May 1, 2008 regarding the progress of each of the above claims in ADR. Further, on or before June 16, 2008, the parties shall file a JSR that provides more detail about the progress of the 1980 Award Phase II in the ADR process.

2. With respect to the 1980 Award Phase III (October 1, 1992 - December 31, 1995):

   a. Plaintiffs shall evaluate the validity and identify any failures to demonstrate validity of the source documents provided on March 7, 2008 and submit a report to defendant on or before April 28, 2008.

   b. Defendant shall respond to plaintiffs' report on or before May 28, 2008.

3. With respect to the 1980 Award Phase IV (January 1, 1996 - present):

   a. Plaintiffs shall submit to defendant their list of potential baseline transactions for the Phase IV time period September 1, 2005 - December 31, 2007 on or before February 22, 2008.

   b. Defendant shall respond to plaintiffs' list with any additions or corrections on or before March 11, 2008.

   c. Plaintiffs shall reply to defendant's response to plaintiffs' list on or before March 18, 2008.

   d. On or before April 1, 2008, the parties shall agree on a final population of potential baseline transactions for Phase IV and a timeline for presenting and responding to a scoping proposal for Phase IV.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge