# In the United States Court of Federal Claims

No. 92-675L
(Filed March 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the agreement of the parties expressed at the March 10, 2008 telephonic ADR status conference, the following is ordered:

1. In preparation for the April 8, 2008 ADR Conference, the parties shall each submit a brief laying out their respective positions regarding the Phase I investment issues on or before April 1, 2008. The parties are reminded to submit their briefs directly to chambers.

2. An ADR conference to discuss issues relating to the baseline transactions of Phase II will be held at the Howard T. Markey National Courts Building on June 10, 2008, at 9:00 am. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE