**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,** | ) | |
| **Plaintiffs,** | ) | **No. 92-675 L** **Judge Emily C. Hewitt** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME IN THE AMOUNT OF NINE DAYS WITHIN WHICH TO FILE NEXT JOINT STATUS REPORT AND TO RESCHEDULE TELEPHONIC STATUS CONFERENCE ACCORDINGLY**

Pursuant to Rs. C.F.C. 6.1 and 7(b), the parties jointly move the Court for an Order: 1) enlarging the time for filing the next Joint Status Report (JSR), currently due on April 2, 2008, in the amount of nine days, to and including April 11, 2008; and, 2) rescheduling the Telephonic Status Conference (TSC), now scheduled for April 3, 2008, to April 15, 2008 or such other date as the Court may select. In support of their motion, the parties submit the following:

1. Pursuant to the Court's Order of February 20, 2008 (Doc. # 322), the parties' next JSR is presently due on April 2, 2008, and the next TSC is scheduled for April 3, 2008.

2. The parties presently are drafting detailed position papers on investment issues that are currently in Alternative Dispute Resolution (ADR) before Settlement Judge Eric Bruggink and will submit their position papers to Judge Bruggink tomorrow, April 1, 2008. *See* ADR Scheduling Order of March 10, 2008 (Doc. # 323).

3. The parties also are currently preparing for the next in-person day-long ADR session

before Judge Bruggink which will take place on April 8, 2008 in Washington, D.C. at the Court of Federal Claims. *See* ADR Scheduling Order of February 12, 2008 (Doc. # 320).

4. Because of their ADR obligations, the parties have not had an opportunity to devote sufficient time to conferring and preparing a detailed JSR addressing the issues identified in the Court's February 20, 2008 Order.

5. If the parties submit their next JSR after the scheduled April 8, 2008 ADR session they also will be in a position to report to the Court on progress made at that session.

6. The parties therefore jointly seek to extend the filing date of their next JSR and the date of their next TSC by nine and twelve days, respectively, to April 11, 2008 and April 15, 2008, or, with respect to the TSC, another date available on the Court's calendar.

7. There have been no previous enlargements of time regarding the filing of this JSR or the scheduling of this TSC.

8. Granting the requested enlargement will not delay the progress of this case and will facilitate the parties' ability to prepare a more complete and informative JSR.

Wherefore, the parties request that the Court enlarge the time for filing the next JSR to April 11, 2008 and reschedule the next TSC for April 15, 2008 or another date available on the Court's calendar.

DATED: March 31, 2008

Respectfully submitted,

/s/ Melody L. McCoy __________
MELODY L. MC COY
Attorney of Record for Plaintiffs
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax (303) 443-7776

/s/ Carol L. Draper___________
CAROL L. DRAPER
Attorney of Record for Defendant
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0465
Fax: (202) 305-2021

Of Counsel:
Elisabeth C. Brandon
Department of the Interior
Office of the Solicitor