# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: April 1, 2008)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion for Enlargement of Time in the Amount of Nine Days Within Which to File Next Joint Status Report [JSR] and to Reschedule Telephonic Status Conference [TSC] Accordingly (Motion). Based on the representations contained therein, the parties' Motion is GRANTED.

The parties shall submit a JSR on April 11, 2008. A TSC shall be held on April 15, 2008 at 2:00 p.m. EDT. The parties' progress with respect to the 1980 Award Phase IV shall be addressed in the parties' JSR and will be discussed during the TSC.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge