# In the United States Court of Federal Claims

No. 92-675L
(Filed April 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the representations made during the in-person ADR conference held this date, the following is scheduled:

1. On or before May 1, 2008, defendant shall provide plaintiff and the undersigned with its proposed methodology related to phase I investments.

2. Within three weeks of receipt of defendant's materials, plaintiff shall provide defendant and the undersigned with its response.

3. A conference is scheduled for June 9, 2008 at the National Courts Building, 717 Madison Place NW, Washington, DC, commencing at 9:00 am, to discuss phase I investment issues. The conference set for June 10, 2008 to discuss phase II transactions will continue as scheduled.

s/ Eric G. Bruggink
ADR Judge