# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: April 15, 2008)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference (TSC) with the parties held on April 15, 2008 and the parties' Joint Status Report filed on April 11, 2008 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007, October 22, 2007, October 23, 2007, November 19, 2007, and February 20, 2008.[1]

The parties shall submit a JSR on Tuesday, June 3, 2008. A TSC shall be held on Wednesday, June 4, 2008 at 2:00 p.m. EDT. The parties' progress with respect to the 1980 Award Phase III and IV, as well as the status of the awards in the ADR process, shall be addressed in the parties' JSR and will be discussed during the TSC.

1. With respect to the 1980 Award Phase III (October 1, 1992 - December 31, 1995):

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

a. During the week of April 21, 2008, the parties shall have a conference to include plaintiffs' advisor, Mr. Kevin Nunes, and representatives from the Office of Historical Trust Accounting.

b. Plaintiffs shall submit to defendant a report regarding the validity of source documents on or before April 28, 2008.

c. Defendant shall respond to plaintiffs' report on or before May 14, 2008.

d. The parties shall have a conference to discuss the validity of source documents on or before May 20, 2008.

e. Plaintiffs shall request any additional information or documents from defendant on or before May 28, 2008.

3. With respect to the 1980 Award Phase IV (January 1, 1996 - present):

a. Plaintiffs shall submit to defendant their proposal for Phase IV scoping on or before April 18, 2008.

b. Defendant shall respond to plaintiffs' proposal on or before May 9, 2008.

c. Plaintiffs shall reply to defendant's response to plaintiffs' scoping proposal on or before May 30, 2008.

d. On or before June 20, 2008, the parties shall agree on a final population of potential baseline transactions for Phase IV for which plaintiffs shall request source documents from defendant, and a timeline for presenting and responding to such request.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge