# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: April 29, 2008)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is a Motion to Intervene (Motion) submitted by Melinda Gopher and Mary Gopher, pro se plaintiffs. The Motion has not been filed. Instead, the Motion was delivered to chambers with a memorandum from the Office of the Clerk of the Court indicating noncompliance with certain rules of the Rules of the United States Court of Federal Claims (RCFC). Pursuant to RCFC 5.4(g), the name of the judge assigned to the case must appear on all filings. According to RCFC 24(c), a motion to intervene "shall be accompanied by a pleading setting forth the claim or defense for which intervention is sought." RCFC 24(c). Although the first paragraph of the Motion referred to a proposed pleading, the Motion did not include a proposed pleading.

This case is designated as an electronically-filed case in the court's electronic case filing (ECF) system. All filings must be filed electronically. However, pro se filings are generally filed in the court's paper filing system. Because of the prospective intervenors' pro se status, the court directs the Clerk of the Court to DESIGNATE A SUBDOCKET of Case No. 92-675 L under which all filings related to the Motion shall be filed in paper form. The Clerk of the Court is directed to FILE the Motion and a paper copy of this Order in the to-be-designated subdocket of Case No. 92-675 L and to NOTIFY the prospective intervenors and the parties of the case number of the subdocket.

The prospective intervenors are directed to file their proposed pleading to accompany their motion to intervene. Once the pleading has been filed, plaintiffs and defendant shall file their responses, in accordance with RCFC 7.2, to the motion to intervene in paper form in the new subdocket of Case No. 92-675 L.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge