# In the United States Court of Federal Claims

No. 92-675L
(Filed: May 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Paragraph 3. of the court's April 8, 2008 ADR scheduling order is amended as follows:

3. An in person conference is scheduled for Wednesday, June 11, 2008 at the National Courts Building, 717 Madison Place NW, Washington, DC, commencing at 9:00 am, to discuss phase I investment issues. The conference set for 9:00 a.m., Tuesday, June 10, 2008 to discuss phase II transactions will continue as scheduled.

s/ Eric G. Bruggink
ADR Judge