# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: May 1, 2008)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the April 15, 2008 Order of the Court, the telephonic status conference scheduled for Wednesday, June 4, 2008 will be held at 4:00 p.m. EDT. The court's contract operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge