# In the United States Court of Federal Claims

No. 92-675L
(Filed: May 16, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

AMENDED ADR SCHEDULING ORDER

The court's order of May 1, 2008 is amended as follows:

An in person conference to discuss phase I investment issues is scheduled for Monday and Tuesday, June 23-24, 2008, at the Frank M. Johnson, Jr. Federal Courthouse, One Church Street, Montgomery, Alabama 36104.

The conference set for 9:00 a.m., Tuesday, June 10, 2008 to discuss phase II transactions will continue as scheduled in Washington, D.C.

s/ Eric G. Bruggink
ADR Judge

cc: Judge Emily C. Hewitt