# In the United States Court of Federal Claims

No. 92-6751 L

(Filed: June 6, 2008)

GOPHER, MELINDA AND MARY GOPHER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Reference is made to the Order of the Court dated April 29, 2008 (Order). The Order directed the proposed intervenors "to file their proposed pleading to accompany their motion to intervene," but did not contain a deadline.

No proposed pleading has been filed by proposed intervenors to date. This order establishes a deadline of June 27, 2008, within which proposed intervenors shall file their proposed pleading.

A copy of this order shall be filed electronically in Case No. 92-675 L.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge