# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: July 2, 2008)

CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference (TSC) with the parties held on July 2, 2008 and the parties' Joint Status Report filed on July 1, 2008 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007, October 22, 2007, October 23, 2007, November 19, 2007, February 20, 2008, April 15, 2008, and June 5, 2008.[1]

The parties shall submit a JSR by 12:00 noon EDT on Monday, August 25, 2008. A TSC shall be held on Tuesday, August 26, 2008 at 2:00 p.m. EDT. The parties' progress with respect to the 1980 Award Phase IV, as well as the general status of the alternative dispute resolution (ADR) process, shall be addressed in the parties' JSR and will be discussed during the TSC.

1. With respect to the 1980 Award Phase III (October 1, 1992 - December 31, 1995):

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

a. Subject to the agreement of alternative dispute resolution (ADR) Judge Eric G. Bruggink, issues relating to the 1980 Award Phase III (October 1, 1992 - December 31, 1995) will be addressed as part of the ongoing ADR process covering the 1964 Award and the 1980 Award Phase I and the 1980 Award Phase II.

2. With respect to the 1980 Award Phase IV (January 1, 1996 - present):

a. It is expected that, on or before Friday, July 11, 2008, plaintiff shall file a discovery request for documents related to the 15 receipt transactions discussed at the TSC.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge