# In the United States Court of Federal Claims

No. 92-6751 L

(Filed: July 3, 2008)

GOPHER, MELINDA AND MARY GOPHER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Documents titled Complaint & Memorandum In Support Of Complaint (Complaint) from proposed intervenors were delivered to chambers unfiled on July 1, 2008. Also included in the documents is a Motion to Proceed In Forma Pauperis (IFP Motion). The documents are stamped as received on June 27, 2008. The Clerk of the Court is directed to FILE proposed intervenors' Complaint and Motion to complete proposed intervenor's Motion to Intervene. The Clerk of the Court is also directed to SERVE proposed intervenors' Complaint and Motion upon the counsels of record for the parties in Case No. 92-675, of which this case is a subdocket.

For all future filings, proposed intervenors must serve any filings submitted to the court to the counsels of record for the parties in Case No. 92-675. Plaintiff's counsel of record may be served to Melody McCoy, Native American Rights Fund, 1506 Broadway, Boulder, CO 80302, (303) 447-8760. Defendant's counsel of record may be served to Carol Draper, United States Department of Justice, Environmental and Natural Resources Division, P.O. Box 633, Washington, DC 20004-0663, (202) 305-0465.

Each of proposed intervenors shall, on or before Monday, July 21, 2008, file and serve an Application to Proceed In Forma Pauperis, copies of which are attached for convenience. Additional copies may be obtained from the Rules and Forms section on the court's website at http://www.uscfc.uscourts.gov. The parties shall not be required to respond to proposed intervenor's Motion to Intervene until the court has had an

opportunity to act on the IFP Motion and until such responses shall be requested by the court.

A copy of this order shall be filed electronically in Case No. 92-675 L.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge