# In the United States Court of Federal Claims

No. 92-675L
(Filed: July 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al.,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the agreement of the parties expressed during the ADR conference held on June 23-24, 2008, an ADR conference to discuss Phase I investment issues will be held on August 20-21, 2008, in Washington, D.C. at the National Courts Building. The conference will begin at 9:00 am each day. Counsel shall appear in person.

s/ Eric G. Bruggink
ADR Judge

cc: Judge Emily C. Hewitt