# In the United States Court of Federal Claims

No. 92-6751 L

(Filed: August 7, 2008)

GOPHER, MELINDA AND MARY GOPHER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Order of July 3, 2008 and the Order of August 7, 2008 granting proposed intervenors' Applications to Proceed In Forma Pauperis, the court orders the following briefing schedule:

1. Defendant and plaintiffs shall, on or before Friday, August 22, 2008, file and serve their responses to proposed intervenors' Motion to Intervene.

2. Proposed intervenors shall, on or before Friday, August, 29, 2008 file and serve their reply to defendant's and plaintiffs' responses.

A copy of this order shall be filed electronically in Case No. 92-675 L.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge