# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: August 21, 2008)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it a Joint Motion By Plaintiffs and Defendant for First Enlargement of Time to Respond to Motion to Intervene Filed by Proposed Intervenors Melinda and Mary Gopher (Motion). The Motion to Intervene, however, is being heard in Case No. 92-6751 L. The court electronically filed documents pertaining to the subdocket in the primary docket as a matter of convenience. All filings by the parties or proposed intervenors must be made in paper form. A copy of this order shall be mailed to proposed intervenors and filed in Case No. 92-6751 L on or before Friday, August 22, 2008.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge