# In the United States Court of Federal Claims

No. 92-675 L

(E-Filed: August 26, 2008)

| | |
|---|---|
| CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference (TSC) with the parties held on August 26, 2008 and the parties' Joint Status Report filed on August 25, 2008 (JSR), the court orders the following, which supplements the court's previous orders of December 19, 2006, February 7, 2007, February 16, 2007, March 16, 2007, May 1, 2007, June 29, 2007, August 2, 2007, September 17, 2007, October 22, 2007, October 23, 2007, November 19, 2007, February 20, 2008, April 15, 2008, June 5, 2008, and July 2, 2008.[1]

The parties shall submit a JSR by 12:00 noon EDT on Tuesday, October 14, 2008. A TSC shall be held on Wednesday, October 15, 2008 at 2:00 p.m. EDT. The parties' progress with respect to the 1980 Award Phase IV, particularly the outcome of the document production for the 21 receipt transactions, as well as the general status of the alternative dispute resolution (ADR) process, shall be addressed in the parties' JSR and will be discussed during the TSC.

[1]This order was prepared without the aid of a transcription of the TSC. If the parties believe that any aspect of the order is inconsistent with the TSC, they are requested to contact chambers by a joint telephone call and so advise.

With respect to the 1980 Award Phase IV (January 1, 1996 and after), on or before Friday, October 31, 2008, defendant shall provide plaintiff with documents related to the 41 disbursement transactions.

The parties shall submit a JSR by 12:00 noon EST on Tuesday, November 4, 2008. A TSC shall be held on Wednesday, November 5, 2008 at 2:00 p.m. EST.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge